UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------x

In re: the Application of:

TEXAS KEYSTONE INC., Applicant,

pursuant to 28 U.S.C. § 1782 to issue
subpoenas upon UBS AG and Christopher Pinho for the
taking of a deposition and the production of documents
for use in a foreign proceeding.

Misc. Action No. _____

------------------------------------------------------------------------x

**APPLICATION FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Texas Keystone Inc. ("Texas Keystone") respectfully applies for an order pursuant to 28 U.S.C. § 1782 allowing it to issue subpoenas pursuant to Federal Rules of Civil Procedure 30 and 45 directing UBS AG and its Energy Finance division ("UBS") to provide testimony and produce documents, and Christopher Pinho to provide testimony, for use in an action pending in the High Court of Justice, Queen's Bench Division, Commercial Court in London, England and captioned Claim No. 2010 Folio 1517 (the "UK Litigation"). In the UK Litigation, Excalibur Ventures LLC ("Excalibur") asserts claims against four defendants: Texas Keystone, Gulf Keystone Petroleum Limited, Gulf Keystone Petroleum International Limited, and Gulf Keystone Petroleum (UK) Limited.

This application by Texas Keystone meets all of the statutory and discretionary factors considered under 28 U.S.C. § 1782. Texas Keystone seeks discovery for the purpose of using it in a proceeding that is pending in London's High Court of Justice. UBS and Christopher Pinho are not parties to the litigation in London and can be found in this district. Texas Keystone is

CARMODY & TORRANCE LLP
Attorneys at Law
{W2080599;2}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110 - 1 -
Telephone: 203 573-1200

not using this proceeding as an attempt to circumvent the requirements of the High Court, the English courts are receptive to this form of discovery, and the discovery sought is not unduly burdensome or intrusive.

In further support of this application, Texas Keystone relies on the accompanying memorandum of law and the declaration of Ann H. Rubin with accompanying exhibits, submitted herewith. Proposed subpoenas are attached hereto at Tab A. A proposed Order is attached hereto at Tab B.

WHEREFORE, Texas Keystone respectfully requests that this Court enter an order:

1. Granting Texas Keystone's application for discovery from UBS and Christopher Pinho, pursuant to 28 U.S.C. § 1782;

2. Authorizing Texas Keystone to take discovery from UBS and Christopher Pinho, relating to the issues identified in this application, including (a) issuing the subpoenas for the depositions of UBS and Christopher Pinho and the production of documents in the forms attached hereto; and (b) issuing additional subpoenas for the production of documents and/or additional depositions as Texas Keystone may reasonably deem appropriate and as are consistent with the Federal Rules of Civil Procedure;

3. Directing UBS and Christopher Pinho to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and,

4. Appointing the undersigned to issue, sign and serve such subpoenas upon UBS and Christopher Pinho and ordering that testimony in this matter may be taken before

CARMODY & TORRANCE LLP
Attorneys at Law
{W2080599;2}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
- 2 -

any certified court reporter authorized to take testimony and administer oaths and that such court reporters are hereby authorized to take testimony in this matter.

5. Ordering UBS and Christopher Pinho to deliver copies of this order and any subpoenas issued pursuant to this order to the civil proceedings pending in London, England.

Dated:  April 2, 2012 at Waterbury, Connecticut.

Respectfully Submitted,

*[signature]*

Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721
Telephone: (203) 573-1200
Facsimile: (203) 575-2600
arubin@carmodylaw.com

*Attorneys for Texas Keystone*

CARMODY & TORRANCE LLP
Attorneys at Law
{W2080599;2}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
- 3 -