UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------

In re:  the Application of:

TEXAS KEYSTONE INC., Applicant,

pursuant to 28 U.S.C. § 1782 to issue subpoenas
upon UBS AG and Christopher Pinho for the
taking of a deposition and the production of
documents for use in a foreign proceeding.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3-12-mc-00041-MRK

June 21, 2012

------------------------------------------------

## TEXAS KEYSTONE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

1. Pursuant to Federal Rule of Civil Procedure 37, Texas Keystone Inc. ("Texas Keystone") moves to compel the production of documents by UBS AG ("UBS").

2. The documents at issue have been withheld at the direction of Excalibur Ventures, LLC ("Excalibur"), which has asserted privilege and work product claims. Excalibur has, however, failed to establish the existence of any privilege or other protection justifying the withholding of these documents.

3. For the reasons stated more fully in Texas Keystone's Memorandum in Support of its Motion to Compel Production of Documents, which is incorporated fully herein by reference, Texas Keystone respectfully requests that this Court order UBS to produce, within five days of the date of any order issued by the Court, all relevant and responsive documents.

- 2 -

Dated: June 21, 2012    Respectfully submitted,


/s/   Peter D. Laun
Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600
Email: arubin@carmodylaw.com

Peter D. Laun
Federal Bar No. phv05384
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
Telephone:  412-391-3939
Facsimile:   412-394-7959
Email:  pdlaun@jonesday.com

***Attorneys for Texas Keystone, Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2012, a copy of the foregoing Motion to Compel Production of Documents was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                                                           /s/  Peter D. Laun
                                                                                           Attorney for Texas Keystone, Inc.